ORIGINAL

ECF

FILED
APR 18 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SHINWHA ELECTRONICS CORPORATION
668-5 YEOKSAM DONG
KANGNAM KU
SEOUL 135-080
REPUBLIC OF KOREA

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

**CASE NO.** 05- 477C

**COMPLAINT**

Shinwha Electronics Corporation ("Shinwha"), by and through its counsel, files this Complaint against the United States of America alleging as follows:

**Nature of the Case**

1. This is a breach of contract case arising out of the United States Army Contracting Command-Korea's ("USACCK") wrongful refusal to pay Shinwha for fire life safety maintenance services provided under USACCK Contract Number DAJB03-00-D-0082 (the "Contract"). This breach of contract case also arises out of USACCK's wrongful refusal to perform its duties under the Contract including, but not limited to USACCK's failure to cooperate with Shinwha during the period of performance of the Contract.

**Parties**

2. Plaintiff Shinwha Electronics Corporation is a Korean corporation with its headquarters in Inchon, Republic of Korea and a principal place of business in Seoul, Republic of

Korea. Shinwha has over 35 years of experience in manufacture and installation of fire life safety equipment and systems and is well recognized both within the Republic of Korea and internationally.

3. The Defendant, the United States of America, is a party to this suit based on actions it took, and/or failed to take, through its agency the United States Army Contracting Command-Korea, which is a division of the United States Department of the Army Contracting Agency and the United States Department of Defense.

## Jurisdiction

4. This Court has exclusive subject matter jurisdiction over this action pursuant to the Contract Disputes Act, 41 U.S.C. §§ 609(a) (1994) and 28 U.S.C. §1346(a)(2).

## The Contract

5. On or about September 25, 2000, USACCK awarded the Contract, a firm fixed price, indefinite quantity, indefinite delivery contract, for the inspection, test and maintenance of various fire life safety systems throughout the United States Forces Korea ("USFK") military bases, to Shinwha.

6. From April 5, 2001 through August 14, 2001, USACCK issued thirty-eight delivery orders ("DOs") against the Contract. Of the thirty-eight DOs issued, five were cancelled (DOs 0010, 0013, 0024, 0025 and 0028), six were for the repair and/or replacement of fire life safety systems (DOs 0021, 0022, 0023, 0026, 0027 and 0035) and twenty-seven were for the inspection, test and maintenance services described in the Contract's statement of work.

7. Shinwha performed the services required under the various DOs in accordance with the Contract's terms through to the end of the period of performance of the DOs issued by USACCK, or April 2001 through August 2002.

8. USACCK has never paid Shinwha Invoice 0001, or for the repair and/or replacement services or equipment provided under DOs 0021, 0022, 0023, 0026, 0027 and/or 0035.

9. On or about October 18, 2002, Shinwha formally demanded payment for various invoices submitted for payment for services provided under DOs 0001 through 0003, 0008, 0009, 0011, 0012, 0014 through 0020 and 0029 through 0038. Shinwha's demand for payment complied with the Contract Disputes Act, 41 U.S.C. §§ 601-613 (1994) and 48 C.F.R. 52.233-1, Disputes. The total amount demanded was 291,909,432 Korean Won or $243,440.44.

10. On or about November 5, 2002, the USACCK Contracting Officer advised Shinwha that USACCK was withholding payment "until the U.S. Army Procurement Fraud Division . . . decides when and whether any payment will be made from those invoices . . . ."

11. On or about September 10, 2003, Shinwha formally demanded payment for the balance of the outstanding invoices issued for services performed under DOs 0002 through 007, 0021 through 0027 and 0036 through 0038. Shinwha's demand for payment complied with the Contract Disputes Act, 41 U.S.C. §§ 601-613 (1994) and 48 C.F.R. 52.233-1, Disputes. The total amount demanded was 196,801,143 Korean Won or $164,124.05.

**COUNT I**

(BREACH OF CONTRACT: PAYMENT)

12. Shinwha restates and incorporates by reference the allegations contained in Paragraphs 1 through 11 as if fully set forth herein.

13. Shinwha performed the services required in accordance with the Contract's plain terms and conditions.

14. Shinwha is entitled to receive the full amount of its claims plus interest in accordance with the terms of the Contract and the claims submitted to the Contracting Officer in accordance with 41 U.S.C. §§ 601-613 (1994).

**PRAYER FOR RELIEF**

WHEREFORE, Shinwha respectfully requests that this Court enter judgment against the United States Department of the Army as follows:

1. For entry of judgment against the United States in the amount of $407,564.49 for services performed by Shinwha pursuant to the terms of the Contract;

2. For an award of costs, prejudgment interest and attorneys fees as permitted by law.

Respectfully submitted,
MANATT, PHELPS & PHILLIPS, LLP

By: ______________________

Stephen M. Ryan
Holly A. Roth
700 12th Street, N.W., Suite 1100
Washington, DC 20005
(202) 585-6500

Dated: April 18, 2005