# In The United States Court of Federal Claims

No. 05-477C

(Filed: July 18, 2005)

SHINWHA ELECTRONICS CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 12, 2005, defendant filed an unopposed motion for an enlargement of time of 60 days, to and including August 19, 2005, to respond to plaintiff's complaint.

The court hereby **STRIKES** defendant's motion, because defendant has failed to enter an appearance in this case in violation of RCFC 83.1(c)(3). That rule requires, in relevant part, that attorneys for the United States who are to serve as the attorney of record "shall promptly after service of the complaint, file with the Clerk and serve on all other parties a notice of appearance" setting forth identifying information.

The court further notes that even if defendant had complied with the notice of appearance requirement, defendant's motion would have been rejected as untimely.

Accordingly, the court hereby **ORDERS** defendant to file the notice of appearance required by the rules of this court. Upon filing such notice, defendant may file a motion for leave to file out of time its motion for enlargement. Such motion for leave shall contain a certification that the supervising Deputy Assistant Attorney General at the Department of Justice has been notified that the motion for enlargement is being filed out of time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge