IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHINWHA ELECTRONICS CORPORATION, Plaintiff, | ) | |
| v. | ) | Case No. 05-477C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005

Attention: Classification Unit
8th Floor

s/Brian S. Smith
Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 616-0391
FAX: (202) 353-7988
e-mail:Brian.Smith@USDOJ.Gov

Dated: May 10, 2005

CERTIFICATE OF FILING

I hereby certify that on May 10, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith