IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHINWHA ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-477C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including October 18, 2005, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on August 19, 2005. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

As we advised the court in our previous motion, this case is related to a pre-existing case, United States ex. rel Paulson v. Shinwha Electronics, Corp., CV 02-00092HG, in the United States District Court for the District of Hawaii (transfer to the United States District Court in Washington, DC, is pending). At this time, developments in the District Court case appear to indicate that it will be resolved and will result in a stipulated dismissal of this case. Progress in the negotiations have been made during the previously requested enlargement and it is anticipated that the District Court issues may be resolved within

the time period requested in this motion. The enlargement is necessary to permit the parties to continue towards resolution of these two cases. If a resolution is not forthcoming, we propose to report back to this Court that further time is necessary or to file our response to the plaintiff's complaint.

For the foregoing reasons, we respectfully request the Court to grant our unopposed out of time motion for an enlargement of time of 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

August 17, 2005

CERTIFICATE OF FILING

I hereby certify that on August 17, 2005, a copy of foregoing “DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith