# In The United States Court of Federal Claims

No. 05-477C

(Filed: August 18, 2005)

SHINWHA ELECTRONICS CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 17, 2005, defendant filed an unopposed motion for an enlargement of time of 60 days, to and including October 18, 2005, to respond to plaintiff's complaint. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. On or before September 19, 2005, defendant shall file its response to plaintiff's complaint. No further enlargement of this deadline will be granted.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge