IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHINWHA ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-477C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY

The parties respectfully request the Court to stay this case pending finalization of a prospective settlement agreement that is expected to result in the dismissal of this case without any further proceedings. This case involves a Korean contractor performing a contract in Korea as well as a related and pre-existing case, United States ex. rel Paulson v. Shinwha Electronics, Corp., CV 02-00092HG, which originated in the United States District Court for the District of Hawaii and has recently been transferred to the District of Columbia. An "agreement in principle" has been reached in the district court case which should eventually result in a resolution of this case. The finalization and implementation of the prospective settlement of the district court case requires certain actions by plaintiff to be accomplished which are dependent upon transactions that are not within the sole control of either party. Although we fully expect these actions to take place in the not-too-distant future, it is not possible for either party to provide a precise timetable.

For the foregoing reasons, we respectfully request the Court to stay the case indefinitely, with the defendant reporting upon behalf of the parties every 60 days until the case before this Court is dismissed or in the unlikely event that the settlement fails to be finalized and further proceedings before this Court are necessary.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Holly A. Roth
HOLLY A. ROTH
Manatt, Phelps & Phillips
700 12th Street, NW
Suite 1100
Washington, DC 20005
Tel: (202) 585-6552
Fax: (202) 585-6600

Attorney for Plaintiff

September 15, 2005

CERTIFICATE OF FILING

I hereby certify that on September 15, 2005, a copy of foregoing “JOINT MOTION TO STAY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith