# In The United States Court of Federal Claims

No. 05-477C

(Filed: September 19, 2005)

SHINWHA ELECTRONICS CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 15, 2005, the parties filed a joint motion for a stay of proceedings. This motion is hereby **GRANTED** until further order**.** On or before November 18, 2005, the parties shall file a joint status report indicating the progress of settlement, with additional joint status reports to be filed every 60 days thereafter. If the court determines that concrete progress is not being made toward settlement, this case will be immediately restored to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge