IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHINWHA ELECTRONICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-477C |
| | ) (Judge Allegra) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

JOINT STATUS REPORT

Pursuant to the Court's order of September 19, 2005, the parties report that continued progress has been made towards settlement of United States ex. rel Paulson v. Shinwha Electronics, Corp., CV 02-00092HG, which will result in resolution of this case. A draft settlement agreement is being circulated among the parties to that case for review, approval, and implementation. Assuming that agreement becomes final (there are no known issues that will prevent it from becoming final), and is approved by the District Court, the parties will take the steps necessary to file a stipulation for dismissal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Holly A. Roth
HOLLY A. ROTH
Manatt, Phelps & Phillips
700 12th Street, NW
Suite 1100
Washington, DC 20005
Tel: (202) 585-6552
Fax: (202) 585-6600

Attorney for Plaintiff

November 18, 2005

CERTIFICATE OF FILING

I hereby certify that on November 18, 2005, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith