IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHINWHA ELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-477C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order of September 19, 2005, the defendant reports on behalf of the parties that continued progress has been made towards resolution of this case. The settlement of United States ex. rel Paulson v. Shinwha Electronics, Corp., CV 02-00092HG, has been achieved and was recently approved by the Court. The parties are will now take the steps necessary to file the appropriate documents to resolve this case. This will almost certainly occur prior to our next status report (due March 20, 2006).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

January 19, 2006

CERTIFICATE OF FILING

I hereby certify that on January 19, 2006, a copy of foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith