# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SHINWHA ELECTRONICS CORPORATION** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-477C** |
| | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure and the Rules of the United States Court of Federal Claims, Plaintiff Shinwha Electronics Corporation hereby dismisses its complaint with prejudice. No answer or motion for summary judgment has been filed by the United States.

Respectfully submitted,

*COUNSEL FOR SHINWHA ELECTRONICS CORPORATION*:

STEPHEN M. RYAN
HOLLY A. ROTH
MANATT PHELPS & PHILLIPS
700 12TH STREET, NW, SUITE 1100
WASHINGTON, DC 20005
Telephone: (202) 585-6500

Dated: 1/23/06

CERTIFICATE OF FILING

I hereby certify that on 23 January, 2006, a copy of the foregoing "NOTICE OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to al parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Holly A. Roth